IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HSH NORDBANK AG NEW YORK BRANCH, as Administrative Agent for Itself and Certain Lenders,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SWERDLOW, BRIAN STREET, and JAMES COHEN,<br><br>Defendants. | Civil Action No.<br><br>**RULE 7.1 STATEMENT FOR PLAINTIFF HSH NORDBANK AG NEW YORK BRANCH** |

Pursuant to Rule 7.1 of The Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff HSH NORDBANK AG NEW YORK BRANCH certifies that it has no parent corporation and that no public company owns more than 10% of HSH NORDBANK AG NEW YORK's stock.

Dated: New York, New York
July 3, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Michael H. Barr (MB-3171)
Justin N. Kattan (JK-9724)

1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700 (phone)

*Attorneys for Plaintiff*