

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HSH NORDBANK AG NEW YORK
BRANCH, as Administrative Agent for
Itself and Certain Lenders

                Plaintiff,

        -against-

MICHAEL SWERDLOW, BRIAN
STREET, and JAMES COHEN;

               Defendants.
-----------------------------------------------------------X

Case No. 08 CV 6131
(Judge Lynch)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA   )
                         S.S.:
COUNTY OF DADE    )

     ERNESTO VALDES, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

     That on the 8th day of July, 2008, at approximately the time of 2:45 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS TO COMPLAINT VOL. 2 OF 2; RULE 7.1 STATEMENT FOR PLAINTIFF HSH NORDBANK AG NEW YORK BRANCH; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; AND INDIVIDUAL PRACTICES IN CIVIL CASES GERARD E. LYNCH, UNITED STATES DISTRICT JUDGE upon MICHAEL SWERDLOW at 3390 Mary Street, Suite 200, Coconut Grove, FL, by personally delivering and leaving the same with MICHAEL SWERDLOW at that address. At the time of service, deponent asked MICHAEL SWERDLOW if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

MICHAEL SWERDLOW is a **White** male, approximately **60+** years of age, stands approximately **6** feet **1** inches tall, weighs approximately **210+** pounds with **greying** hair.

_____
ERNESTO VALDES
D.C. #1111

Sworn to before me this
14th day of July, 2008

[Notary Seal]

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

Demovsky Lawyer Service