**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HSH NORDBANK AG NEW YORK
BRANCH, as Administrative Agent for
Itself and Certain Lenders

　　　　　　　　　　Plaintiff,　　　　　　　　　　　　Case No. 08 CV 6131
　　　　　　　　　　　　　　　　　　　　　　　　　　(Judge Lynch)
　　　　　　　　　-against-
　　　　　　　　　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE
MICHAEL SWERDLOW, BRIAN
STREET, and JAMES COHEN,

　　　　　　　　　　Defendants.
------------------------------------------------------------X
STATE OF FLORIDA　　　　　　　　)
　　　　　　　　　　　　　　　　S.S.
COUNTY OF PALM BEACH　　　　　)

　　JONATHAN LEVY, being duly sworn, deposes and says that he is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

　　That on the 9 day of July, 2008, at approximately the time of 10:05 a.m., deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS TO COMPLAINT VOL. 2 OF 2; RULE 7.1 STATEMENT FOR PLAINTIFF HSH NORDBANK AG NEW YORK BRANCH; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; AND INDIVIDUAL PRACTICES IN CIVIL CASES GERARD E. LYNCH, UNITED STATES DISTRICT JUDGE upon BRIAN STREET c/o Boca Developers at 321 East Hillsborough Boulevard, Deerfield Beach, FL, by personally delivering and leaving the same with his Personal Assistant/Corporate Manager, BETSY MORALES, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked whether BRIAN STREET is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

BETSY MORALES is a white female, approximately 30-35 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 110 pounds with long black hair and brown eyes.

_____
JONATHAN LEVY

Sworn to before me this
14 day of July, 2008

NOTARY PUBLIC
NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # DD610026
Expires: OCT. 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

2008-07-14 13:01      NEW YORK, NY      2129410235      Page 3