

**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

**Karen J. Pettapiece**
212.768.5384
kpettapiece@sonnenschein.com

July 14, 2008

Via Hand Delivery

Hon. Gerard E. Lynch
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

    Re: <u>HSH Nordbank v. Swerdlow, et al</u>. Case No. 08 Civ. 6131

Dear Judge Lynch:

    On Thursday, July 3, 2008, we commenced the above captioned action in the Southern District of New York and Your Honor was assigned to the case. We were informed by the Case Openings department that the exhibits to the Complaint were too voluminous to file electronically. We therefore respectfully request for <u>permission</u> from Your Honor <u>to file in paper form the exhibits to the Complaint</u>. Additionally, enclosed for your convenience is a copy of the Complaint with exhibits.  ]*

    Thank you for your assistance in this matter. Please do not hesitate to contact me should you have any questions.

Sincerely,

Karen J. Pettapiece
Managing Attorney

*SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.

7/21/08

Brussels    Charlotte    Chicago    Dallas    Kansas City    Los Angeles    New York    Phoenix    St. Louis
San Francisco    Short Hills, N.J.    Silicon Valley    Washington, D.C.    West Palm Beach