*Lynch, T*

HERRICK, FEINSTEIN LLP
Stephen M Rathkopf (srathkopf@herrick.com)
Raymond N. Hannigan (rhannigan@herrick.com)
David Feuerstein (dfeuerstein@herrick.com)
Attorneys for Defendants Brian Street and
James Cohen
2 Park Avenue
New York, NY 10016
212.592.1400

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HSH NORDBANK AG NEW YORK          :  Case No. 08 Civ. 6131 (GEL)
BRANCH, as Administrative Agent for :
Itself and Certain Lenders,       :  **STIPULATION EXTENDING TIME**
                                  :
            Plaintiff,            :
                                  :
        vs.                       :
                                  :
MICHAEL SWERDLOW, BRIAN           :
STREET, and JAMES COHEN,          :
                                  :
            Defendants.           :
------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** that the time for Defendants to answer, move or otherwise respond with respect to the Complaint is hereby extended 31 days from July 29, 2008, to and including August 29, 2008.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants hereby waive any defenses based upon improper or inadequate service of the Complaint.

**IT IS FURTHER STIPULATED AND AGREED** that the District Court for the Southern District of New York has personal jurisdiction over Defendants and is the proper venue in which to try the above-captioned action.

**IT IS FURTHER STIPULATED AND AGREED** that execution of this Stipulation by facsimile or .pdf transmission shall be acceptable as if it were by original signature.

Dated: July 25, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

HERRICK, FEINSTEIN LLP

By _____
Michael H. Barr
Justin N. Kattan
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
mbarr@sonnenschein.com
*Attorneys for Plaintiff*

By _____
Raymond N. Hannigan
Stephen M. Rathkopf
David Feuerstein
2 Park Avenue
New York, NY 10016
Phone: 212.592.1400
rhannigan@herrick.com
*Attorneys for Defendants Brian Street and James Cohen*

SHUBIN & BASS, P.A.

By _____
John K. Shubin
46 SW 1st Street
3rd Floor
Miami, FL 33130
jshubin@shubinbass.com
*Attorneys for Defendant
Michael Swerdlow*
(Appearing subject to
*pro hac vice* application)

SO ORDERED: _____

2

**IT IS FURTHER STIPULATED AND AGREED** that execution of this Stipulation by facsimile or .pdf transmission shall be acceptable as if it were by original signature.

Dated: July 25, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By *Justin N. Kattan/bb*
Michael H. Barr
Justin N. Kattan
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
mbarr@sonnenschein.com
*Attorneys for Plaintiff*

HERRICK, FEINSTEIN LLP

By *[signature]*
Raymond N. Hannigan
Stephen M. Rathkopf
David Feuerstein
2 Park Avenue
New York, NY 10016
Phone: 212.592.1400
rhannigan@herrick.com
*Attorneys for Defendants Brian Street and James Cohen*

SHUBIN & BASS, P.A.

By _____
John K. Shubin
46 SW 1st Street
3rd Floor
Miami, FL 33130
jshubin@shubinbass.com
*Attorneys for Defendant
Michael Swerdlow*

SO ORDERED: *[signature]*
7/28/08

2