UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
HSH NORDBANK AG NEW YORK  :
BRANCH, as Administrative Agent for :
Itself and Certain Lenders, :
:
                     Plaintiff, :
:    08 Civ. 6131 (GEL)
  -v- :
:    **ORDER**
MICHAEL SWERDLOW et al., :
:
                   Defendants. :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

GERARD E. LYNCH, District Judge:

     Plaintiff HSH Nordbank AG New York Branch having submitted a motion (#9, filed August 18, 2008) to admit John K. Shubin and Jeffrey S. Bass pro hac vice to appear and participate as counsel for the plaintiff in the above-captioned action, and the declarations of such attorneys having been submitted in support thereof, and it appearing that such attorneys are members in good standing of the bars of the state in which they are admitted to practice law, and that there are no disciplinary proceedings against them as members of the bar in any jurisdiction, it is:

     ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, John K. Shubin and Jeffrey S. Bass are admitted pro hac vice to practice before this Court as counsel for the plaintiff in these proceedings. The Clerk of the Court is respectfully requested to close out this motion in all internal reports.

SO ORDERED.

Dated: New York, New York
       August 22, 2008

                                                                 GERARD E. LYNCH
                                                              United States District Judge