```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
HSH NORDBANK AG NEW YORK BRANCH, as  :
Administrative Agent for Itself and  :
Certain Lenders,                     :
                    Plaintiff,       :    08 Civ. 6131 (DLC)
                                     :
              -v-                    :       ORDER
                                     :
MICHAEL SWERDLOW, BRIAN STREET, and  :
JAMES COHEN,                         :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-23-09

DENISE COTE, District Judge:

    Pursuant to the November 23, 2009 Opinion, it is hereby

    ORDERED that plaintiff shall file no later than **December 4**, an affidavit setting forth the amounts it contends are owed by defendants pursuant to the Payment Guaranty, as well as all interest and attorneys' fees pursuant to both Guaranties, and identifying the basis for its calculations, together with a proposed judgment.  Defendant shall file any opposition or counter-proposal, with appropriate evidentiary support, by **December 11**.  Plaintiff shall file its reply, if any, by **December 18**.

    IT IS FURTHER ORDERED that at the time any reply is filed, the plaintiff shall supply two courtesy copies of all submissions to Chambers by delivering them to the Courthouse

Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         November 23, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge

2